UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN E. DILLON, | Case No. 3:11-cv-00267-ECR-VPC |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | |
| BANK OF AMERICA, et al., | Date: July 11, 2011 |
| Defendants. | |

PRESENT:   EDWARD C. REED, JR.            U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN      Reporter:   NONE APPEARING

Counsel for Plaintiff(s)          NONE APPEARING

Counsel for Defendant(s)          NONE APPEARING

MINUTE ORDER IN CHAMBERS

  On June 7, 2011, the Magistrate Judge filed a Report and Recommendation (#3) recommending that Plaintiff's application to proceed *in forma pauperis* (#1) be denied. No objections were timely filed to the Report and Recommendation.

  **IT IS, THEREFORE, ORDERED** that the Magistrate Judge's Report and Recommendation (#3) is well taken and is **APPROVED** and **ADOPTED**. It appears that Plaintiff's complaint lacks an arguable basis in law or fact and is incomprehensible. The application to proceed in pro se is also incomprehensible.   Plaintiff has previously filed numerous law suits which were ruled as frivolous.

///

|   |   |
|---|---|
| 1 |   |
| 2 | **IT IS ORDERED** that Plaintiff's application to proceed *in forma pauperis* (#1) July 6, 2011 is **DENIED.** |

        **IT IS ORDERED** that Plaintiff's application to proceed *in forma pauperis* (#1) July 6, 2011 is **DENIED.**

LANCE S. WILSON, CLERK

By   /s/
      Deputy Clerk

2